UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW, | Case No. 25-cv-04812-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ZUNIGA, et al., | |
| Defendants. | |

This action has been dismissed without leave to amend for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 8, 2025

_____
SUSAN ILLSTON
United States District Judge